Sun N. Han, Esq. (SBN 207794)
LAW OFFICES OF SUN N. HAN
3701 Wilshire Blvd., Suite 510
Los Angeles, CA 90010
Telephone (213) 385-1777
Facsimile (213) 380-1777

Attorney for plaintiff YOUNGHA J. GIMN, aka JESSIE KIM,

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>YOUNGHA J. GIMN,<br>aka JESSIE KIM,<br><br>18006 Quail Cove Way<br>Rowland Heights, CA 91748-4773<br><br>Soc. Sec. #: XXX-XX-7127<br>Soc. Sec. #: XXX-XX-1036<br><br>FTB Account No.: 1216586777<br><br>    Debtor(s),<br><br>YOUNGHA J. GIMN,<br><br>    Plaintiff,<br><br>STATE OF CALIFORNIA,<br>FRANCHISE TAX BOARD,<br><br>    Defendant(s). | Case No.: **LA-05-24609-BB**<br><br>Chapter **7**<br><br>Adversary No.:<br><br>**COMPLAINT TO DETERMINE TAX LIABILITY 11 U.S.C. § 505(a)(1)**<br><br><br>Date: see summons<br><br>Time:<br><br>Room: |

 Plaintiff YOUNGHA J. GIMN aka JESSIE KIM (hereinafter referred to as "GIMN" or "Plaintiff"), alleges as follows:

 1. The within action is a core proceeding brought pursuant to 11 U.S.C. § 505 (a)(1) to determine the tax liability of debtor to defendant in the above-entitled bankruptcy proceeding now pending before the Court.

- 1 -

2. Jurisdiction exists under 28 U.S.C. § 1334. Venue is proper under 28 U.S.C. § 1409(a). The District Court has generally referred these matters to the Bankruptcy Court for hearing pursuant to 28 U.S.C. § 157(a) and applicable United States District Court of California General Orders.

3. On or about June 25, 2005, Plaintiff filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code as Case No. LA-05-24609-BB in the Central District of California, Los Angeles Division of the United States Bankruptcy Court.

4. Creditor California State Franchise Tax Board's tax debt was scheduled in Debtor's Schedule "E" using present Social Security Number ("SSN") ending in "7127."

5. At the time of filing of the Petition, Debtor was totally unaware of FTB'S allegation of the tax claim against the bankruptcy estate under SSN "1036," so that old SSN "1036" was not listed on Form "B1."

6. A Summons for Adversary Proceeding against FTB was issued on Sep 30, 2005 (AP 05-02195-BB) for dischargeability of antedated taxes in SSN ending "7127."

7. The Debtor and FTB has reached an agreement ("Settlement") to discharge the taxes for SSN ending "7127" and stipulated to out of court settlement on Jan 6, 2006. See Exhibit "A."

8. Subsequently, the Debtor dismissed the Adversary Proceeding on or about Jan 10, 2006.

9. Edward M. Wolkowitz acting as the Chapter 7 Trustee reported No Asset Case on Sep 8, 2005

10. On or about Apr 4, 2006, the Debtor received a Discharge by the Court.

11. On or about Sep 13, 2012, FTB sent Debtor a "Final Notice Before Levy" to collect the taxes under SSN ending "1036."

12. Debtor has applied to the State Court to change his name from Youngha Jessie Gimn to Jessie Kim, and received a Decree Changing Name on Nov 3, 2006.

13. Debtor believes and alleges that FTB has assessed the tax as estimate based upon Debtor's profession and not from the actual tax returns.

14. Debtor believes and alleges that FTB has merged the old SSN "1036" to a new SSN "7127" and renewed the tax debt.

**COMPLAINT TO DETERMINE TAX LIABILITY 11 U.S.C. § 505(a)(1)**

15.     Debtor alleges that FTB has merged the two accounts due to Debtor's name change.

16.     Debtor believes and alleges that FTB is asserting that no tax returns were filed for tax payor Jessie Kim, but in truth, all of tax filings were filed by Jessi Kim.

17.     Debtor believes and alleges that FTB is still assessing estimated taxes for Tax Year 2010 under the old SSN "1036."

18.     Debtor alleges that FTB assessed Debtor, under the SSN "1036," $9,548.00 for the Tax Year 2010.

19.     On or about Oct 3, 2012, FTB issued an Earnings Withholding Order for Taxes to the Debtor's Employer.

20.     Despite the effort to notice the FTB those two different SSN'S holder is a same person, and the tax was discharged in a Settlement, Debtor is still receiving a demand for payment for taxes for pre-Petition.

21.     Plaintiff alleges that following taxes were estimated and imposed by FTB for the period of tax year 1990 through 2010 for the SSN "1036:

| Tax Year | Tax | Penalty | Interest | Collection Fee | Adjustments added |
|---|---|---|---|---|---|
| 2010 | $9,548 | $358.89 | $3,238.85 | $250 | $3,100.00 |
| 1997 | Demanded by FTB on Levy, but amount is unknown to the Debtor | | | | |
| 1995 | $621 | $732.00 | $1843.00 | $82 | $1,475.07 |
| 1994 | $757 | $999.64 | $2,600.72 | $125 | $2,081.79 |
| 1993 | $717 | $1,025.68 | $2,726.51 | $114 | $2,136.92 |
| 1992 | $656 | $758.97 | $2,380.86 | $114 | $1,504.47 |
| 1990 | $1,713 | $2,535.19 | $8,074.87 | $99 | $4,804.63 |

Total **$16,267.25 (as of 11/08/11)**

22.     Plaintiff alleges that FTB has intercepted funds due to the Debtor and applied funds to satisfy portion or all of the taxes for few of the Tax Year's taxes imposed above.

23.     Plaintiff is unaware of any recordation of tax lien and alleges that FTB recorded Tax Liens to other counties and/or Secretary of State within state of California, but alleges that FTB recorded Tax Liens to various counties in the State of California .

**COMPLAINT TO DETERMINE TAX LIABILITY 11 U.S.C. § 505(a)(1)**

24. Plaintiff alleges that all of the above taxes are estimated and not from actual earnings.

25. Plaintiff alleges that discharge of the debtor operated to release Plaintiff from portion, portions, or all of the aforesaid taxes.

26. Plaintiff alleges that Plaintiff does not owe any taxes to FTB in any tax year stated above.

27. Plaintiff alleges that Plaintiff does not owe any taxes under the old SSN "1036."

28. Plaintiff alleges that FTB owes Plaintiff unspecified amount of sum collected and applied to taxes for SSN "1036" and demands that unspecified amount be refunded to the Plaintiff.

29. Plaintiff alleges that for the reasons set forth hereinabove, Plaintiff does not owe FTB any amount thus applies to this Court for determination of such tax liability, if any, under 11 U.S.C. § 505 (a)(1).

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

i. For determination of such Tax liability, if any;

ii. For an Order that portion(s) or all of the Tax in question is discharged;

iii. For an Order releasing the Tax Lien(s) recorded;

iv. For a cost of this action and reasonable attorneys fees; and

v. For such and other further relief as the Court deems just and proper.

Dated: Aug 27, 2013                                    LAW OFFICES OF SUN N. HAN

By: SUN N. HAN, Esq.
Attorneys for Plaintiff/Debtor(s),
YOUNGHA J. GIMN,
aka JESSIE KIM,

**Exhibit "A"**

SUN N. HAN, ESQ. (SBN 207794)
LAW OFFICES OF SUN N. HAN
28235 Newhall Ranch Rd, #230
Santa Clarita, CA 91355
Phone (213) 385-1777
Fax (213) 380-1777

Attorney for plaintiff YOUNGHA J. GIMN,

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Youngha J. Gimn<br>3631 Norwich Place<br>Rowland Heights, CA 91748-5132<br><br>Soc. Sec. #:<br>    Debtor(s),<br><br>YOUNGHA J. GIMN,<br>    Plaintiff,<br><br>STATE OF CALIFORNIA,<br>FRANCHISE TAX BOARD,<br>    Defendant(s). | Case No.: **LA-05-24609-BB**<br><br>Chapter **7**<br><br>Adversary No.: **LA-05-02195-BB**<br><br>**JOINT STIPULATION FOR SETTLEMENT**<br><br>Status Conference Scheduled for<br>Date: Jan 10, 2005<br>Time: 11:00 a.m.<br>Room: 1675 |

    Plaintiff YOUNGHA J. GIMN (hereinafter referred to as "GIMN" or "Plaintiff"), and State of California Franchise Tax Board, for itself and no other state agency (hereinafter "FTB"), hereby stipulate as follows:

    1. On June 25, 2005, GIMN filed chapter 7 bankruptcy case in the Central District of California, Los Angeles Division, assigned a Bankruptcy Case No. LA-05-24609-BB.

- 1 -

JOINT STIPULATION FOR SETTLEMENT

2. On June 25, 2005, GIMN filed an adversary proceeding entitled "COMPLAINT TO DETERMINE TAX LIABILITY 11 U.S.C. § 505(a)(1)" against FTB, Adversary No. LA-05-02195-BB.

3. GIMN and FTB, for itself and no other state agency, wish to resolve this adversary proceeding.

4. GIMN and FTB, for itself and no other state agency, stipulate that, upon entry of an order discharging GIMN's Bankruptcy, which order is expressly a condition to this stipulation, GIMN's California income tax liability for tax years 1994 through 1996, and 2000 shall be discharged.

5. Said GIMN's discharged taxes shall include interests and penalties associated with the discharged taxes.

6. This stipulation shall not limit FTB's ability to make further adjustments to GIMN's tax liability for the years at issue in order to conform to final federal adjustments which are made with respect to GIMN's federal income tax liability for such taxable years, nor shall it limit GIMN's ability to contest such adjustments. In addition, nothing in this stipulation shall limit GIMN's ability to make claims for refund for the years at issue to conform to any final federal adjustments to GIMN's federal income tax liability for any taxable year, nor will this stipulation limit FTB's right to contest such new claims for refund or adjustment.

7. GIMN represents and scheduled no real estate owned by GIMN at the time of the filing of the underlying bankruptcy. Based upon this representation and information FTB agrees to release the general Tax Lien Certificate No. 97167000560 recorded in Orange County, if recorded prior to the filing of the underlying bankruptcy.

8. In the event that GIMN's bankruptcy case is dismissed, or in the event that the discharged order is revoked or waived, this stipulation shall be null and void.

9. GIMN shall execute a Notice of Dismissal under F.R.B.P. Rule 7041, for Adversary Proceeding No. LA-05-02195-BB.

10. GIMN and FTB shall bear their own attorneys' fees and costs.

- 2 -

JOINT STIPULATION FOR SETTLEMENT

11. GIMN shall be responsible for the drafting and filing of the Notice of Dismissal of the Adversary Proceeding.

12. Should there be any disputes or litigation to enforce this Stipulation, the prevailing party shall be entitled to attorneys fees and costs.

Dated: January 16 2006

LAW OFFICES OF SUN N. HAN

By: SUN N. HAN, Esq.
Attorneys for Plaintiff/Debtor(s),
YOUNGHA J. GIMN

FRANCHISE TAX BOARD
JOHN W. DAVIES, Chief Counsel

TIM SHEA
Tax Counsel IV,
Lead, General Counsel Section

Dated: January 6, 2006

By: TIM SHEA, Esq.
Attorneys for Defendant,
State of California Franchise Tax Board

- 3 -

JOINT STIPULATION FOR SETTLEMENT

B104 (FORM 104) (08/07)

| **ADVERSARY PROCEEDING COVER SHEET** (Instructions on Reverse) | **ADVERSARY PROCEEDING NUMBER** (Court Use Only) |
|---|---|
| **PLAINTIFFS** <br> **Gimn, Youngha J**, aka Jessie Kim <br><br> **3631 Norwich Pl** <br> **Rowland Heights, CA 91748-5132** | **DEFENDANTS** <br> STATE OF CALIFORNIA, FRANCHISE TAX BOARD |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.) <br> Sun N. Han, Esq. <br> 3701 Wilshire Blvd, Suite 510 <br> Los Angeles, CA 90010-0000 <br> (213) 385-1777 <br> (213) 380-1777 | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only) <br> ☒ Debtor    ☐ U.S. Trustee/Bankruptcy Admin <br> ☐ Creditor  ☐ Other <br> ☐ Trustee | **PARTY** (Check One Box Only) <br> ☐ Debtor    ☐ U.S. Trustee/Bankruptcy Admin <br> ☒ Creditor  ☐ Other <br> ☐ Trustee |
| **CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED) <br> Complaint to determine tax liability, USC Sec 505(a)(1) ||

| **NATURE OF SUIT** (Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.) ||
|---|---|
| **FRBP 7001(1) – Recovery of Money/Property** <br> ☐ 11-Recovery of money/property -§542 turnover of property <br> ☐ 12-Recovery of money/property -§547 preference <br> ☐ 13-Recovery of money/property -§548 fraudulent transfer <br> ☐ 14-Recovery of money/property– other <br><br> **FRBP 7001(2) – Validity, Priority or Extent of Lien** <br> ☐ 21-Validity, priority or extent of lien or other interest in property <br><br> **FRBP 7001(3) – Approval of Sale of Property** <br> ☐ 31-Approval of sale of property of estate and of a co-owner - §363(h) <br><br> **FRBP 7001(4) – Objection/Revocation of Discharge** <br> ☐ 41-Objection / revocation of discharge - §727(c),(d),(e) <br><br> **FRBP 7001(5) – Revocation of Confirmation** <br> ☐ 51-Revocation of confirmation <br><br> **FRBP 7001(6) – Dischargeability** <br> ☒ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims <br> ☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, <br>     actual fraud <br> ☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny <br> **(continued next column)** | **FRBP 7001(6) – Dischargeability (continued)** <br> ☐ 61-Dischargeability - §523(a)(5), domestic support <br> ☐ 68-Dischargeability - §523(a)(6), willful and malicious injury <br> ☐ 63-Dischargeability - §523(a)(8), student loan <br> ☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation <br>      (other than domestic support) <br> ☐ 65-Dischargeability - other <br><br> **FRBP 7001(7) – Injunctive Relief** <br> ☐ 71-Injunctive relief – imposition of stay <br> ☐ 72-Injunctive relief – other <br><br> **FRBP 7001(8) Subordination of Claim or Interest** <br> ☐ 81-Subordination of claim or interest <br><br> **FRBP 7001(9) Declaratory Judgment** <br> ☐ 91-Declaratory judgment <br><br> **FRBP 7001(10) Determination of Removed Action** <br> ☐ 01-Determination of removed claim or cause <br><br> **Other** <br> ☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq. <br> ☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case) |
| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
| ☐ Check if a jury trial is demanded in complaint | Demand $16,267 |

Other Relief Sought

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>**Gimn, Youngha J**, aka Jessie Kim | BANKRUPTCY CASE NO.<br>**LA05-24609-BB** | |
| DISTRICT IN WHICH CASE IS PENDING<br>Central | DIVISION OFFICE<br>Los Angeles | NAME OF JUDGE<br>Sheri Bluebond |
| **RELATED ADVERSARY PROCEEDING (IF ANY)** | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISION OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br><br>*/s/ Sun N. Han, Esq.* | | |
| DATE<br><br>**August 27, 2013** | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br><br>**Sun N. Han, Esq.** | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party**. Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Sun N. Han, Esq.**<br>**3701 Wilshire Blvd, Suite 510**<br>**Los Angeles, CA  90010-0000**<br>**Phone: (213) 385-1777  Fax:  (213) 380-1777**<br>**Email: atty7@koamlaw.com**<br>**Bar Number: SBN 207794**<br><br>*Attorney fo Plaintiffr:* **Gimn, Youngha J**, aka Jessie Kim, | |

**United States Bankruptcy Court**
**Central District of California**

| In re:<br>**Gimn, Youngha J**,<br>aka Jessie Kim,<br><br>                                     Debtor(s). | CASE NO.: **LA05-24609-BB**<br>CHAPTER  **7** |
|---|---|
|  | ADVERSARY NO.: |
| **Gimn, Youngha J**,<br>aka Jessie Kim,<br><br>                                     Plaintiff(s),<br><br>                vs.<br><br>STATE OF CALIFORNIA,<br>FRANCHISE TAX BOARD,<br><br>                                     Defendant(s). | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page. The deadline to file and serve a written response is _____. If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:

| | |
|---|---|
| **Hearing Date :** _____<br>**Time :** _____<br>**Court Room :** _____ | **Place :**<br>☒ 255 East Temple Street, Los Angeles, CA 90012<br>☐ 3420 Twelfth Street, Riverside, CA 92501<br>☐ 411 West Fourth Street, Santa Ana, CA 92701<br>☐ 1415 State Street, Santa Barbara, CA 93101<br>☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367 |

_____

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*          *Page* 1          **F 7004-1.SUMMONS.ADV.PROC**

**You must comply with LBR 7016-1, which requires you to file a joint status report and to appear at a status conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court-approved joint status report form is available on the court's website (LBR form F 7016-1.1) with an attachment for additional parties if necessary (LBR form F 7016-1.1a). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

                                      **KATHLEEN J. CAMPBELL**

                                      **CLERK OF COURT**

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding:_____

                                      By: _____

                                               Deputy Clerk

_____

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                          *Page* 2                          **F 7004-1.SUMMONS.ADV.PROC**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

3701 Wilshire Blvd, Suite 510, Los Angeles, CA 90010

Notice to Defendant,

A true and correct copy of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

   United States Trustee(LA) USTPregion16.LA.ECF@USDOJ.GOV
   Edward M Wolkowitz (TR) emwtrustee@lnbrb.com ewolkowitz@ecf.epiqsystems.com
   Sun N Han on behalf of Debtor atty7@koamlaw.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   State of California, Franchise Tax Board, PO Box 2952, Sacramento, CA 95812
   United States Bankruptcy Court, Honorable Sheri Bluebond, 255 E. Temple Street, Ste 1482, Courtroom 1475
   Debtor Jessie Kim, 18006 Quail Cove Way, Rowland Heights, CA 91748

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____    _____
*Date*                *Printed Name*                                    *Signature*

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2012                                         Page 3                              **F 7004-1.SUMMONS.ADV.PROC**